CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 3 1 2012

JULIA C. DUDLEY, CLERK
BY:
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| ERIC JOSEPH DEPAOLA, | ) | Civil Action No. 7:09cv00300 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| LESLIE FLEMMING, *et al.*, | ) | By: Samuel G. Wilson |
| Defendants. | ) | United States District Judge |

In accordance with the memorandum opinion entered on this day, it is hereby **ORDERED** and **ADJUDGED** that the DePaola's objections (ECF No. 76) are **OVERRULED**; the Magistrate Judge's Report and Recommendation (ECF No. 74) is **ADOPTED**; defendants' motions for summary judgment (ECF Nos. 23, 37, and 53) are **GRANTED**; DePaola's motions for summary judgment (ECF Nos. 49 and 62) are **DENIED**; DePaola's motion to compel (ECF No. 64) is **DISMISSED as moot**; and this action **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the plaintiff.

**ENTER**: This 31st day of January, 2012.

_____
United States District Judge